# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**ROFRESCI DEWIGHT YOUNG**                                            **PLAINTIFF**

**V.**         **NO. 2:11CV189-M-S**

**H. M. GRIMMET, ET AL., ET AL.**                              **DEFENDANTS**

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated March 20, 2012, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 20, 2012, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

3. That this case is **CLOSED**.

THIS, the 12th day of April, 2012.

                                                              **/s/ MICHAEL P. MILLS**
                                                              **CHIEF JUDGE**
                                                              **UNITED STATES DISTRICT COURT**
                                                              **NORTHERN DISTRICT OF MISSISSIPPI**